IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD K. KAVELER,**

    **Plaintiff,**

v.

**U.S. BANCORP INSURANCE SERVICE, LLC,**

    **Defendant.**                                          Case No. 06-CV-04-DRH

### ORDER

**HERNDON, Chief Judge:**

        Before the Court is Defendant's Unopposed Motion for Continuance (Doc. 23). Defendant seeks a continuance of the Final Pretrial Conference ("FPTC"), currently set for November 19, 2007, as its counsel has a preexisting conflict and because the parties plan on going to mediation in an effort to resolve the case, between now and January 2008.

        For good cause shown, Defendant's Motion (Doc. 23) is hereby **GRANTED**. Accordingly, the FPTC is hereby **RESCHEDULED** for **Friday, February 15, 2008 at 11:30 a.m.**

        **IT IS SO ORDERED**.

        Signed this 15th day of October, 2007.

                                                    /s/       DavidRHerndon
                                                    **Chief Judge**
                                                    **United States District Court**