IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RICHARD KAVELER,**

    **Plaintiff,**

**v.**

**U.S. BANCORP INSURANCE SERVICE, LLC,**

    **Defendant.**                       Case No. No. 06-cv-04-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the Parties' Stipulation for Dismissal (Doc. 45), which the Court hereby acknowledges. Accordingly, as stipulated by the Parties, Defendant foregoes its right to seek costs, Plaintiff waives his right to appeal this Court's grant of judgment as a matter of law on all counts and also agrees that his Complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed this 7th day of July, 2008.

                                            /s/      *David R Herndon*
                                            **Chief Judge**
                                            **United States District Court**